**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Shellae Backman, Shawn Oxentenko, and Sheree Wesely, as co-trustees of the Cordell Oxentenko Trust; Phyllis Oxentenko; and Oxentenko, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Home Depot U.S.A., Inc.; and HD Development of Maryland, Inc., <br><br> Defendants. | **ORDER** <br><br><br><br> Case No. 1:08-cv-058 |

Before the court is the Defendants' motions for attorney Charles R. Hay to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. Hay has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendants' motions (Docket No. 3) are **GRANTED**. Attorney Charles R. Hay is admitted to practice before this court in this matter on the Defendants' behalf.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge