# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Shellae Backman, Shawn Oxentenko, and Sheree Wesely, as co-trustees of the Cordell Oxentenko Trust; Phyllis Oxentenko; and Oxentenko, Inc., ) ) ) ) ) | |
| Plaintiffs, ) | **ORDER SETTLEMENT CONFERENCE** |
| ) vs. ) ) | |
| Home Depot U.S.A.; and HD Development of Maryland, Inc., ) ) ) | |
| Defendants. ) | Case No. 1:08-cv-058 |

___

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on at December 17, 2008, at 9:30 a.m. at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2). The conference shall be attended by all parties, together with trial counsel for each party.

Dated this 7th day of October, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge