# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | |
|---|---|
| Shellae Backman, Shawn Oxentenko, and Sheree Wesely, as co-trustees of the Cordell Oxentenko Trust: Phyllis Oxentenko, and Oxentenko, Inc., <br><br> Plaintiffs, <br> vs. <br><br> Home Depot U.S.A., Inc., and HD Development of Maryland, Inc., <br><br> Defendants. | **ORDER OF DISMISSAL** <br><br><br><br><br> Case No. 1:08-cv-058 |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on February 3, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 18) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court